## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee,<br><br>*Plaintiffs,*<br><br>v.<br><br>JSD, LLC, an Ohio limited liability company,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 17-cv-4898<br><br>Judge: Gary Feinerman<br><br>Magistrate Judge: Sidney Schenkier |

### JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

1.      That Defendant JSD, LLC ("JSD") is adjudged to be in default.

2.      That a default judgment is entered against JSD.

3.      That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., Trustee, have and recover judgment for delinquent contributions from and against Builders Supply in the total amount of $3,776,228.17. This total amount consists of: (i) withdrawal liability in the principal amount of $2,504,618.50; (ii) $635,058.96 in interest on the withdrawal liability through August 10, 2017; (iii) $635,058.96 in doubled interest; (iv) attorneys' fees in the amount of $1,026.75; and (v) costs in the amount of $465.00.

4.      That Plaintiffs are awarded post-judgment interest on the judgment balance noted in paragraph 3 at an annualized interest rate equal to two percent (2%) plus the prime interest

rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

5.      That Plaintiffs are awarded execution for collection of the judgment and costs granted.

Dated:  __8/29/2017                    Enter:_____

                                           Honorable Gary Feinerman
                                           United States District Judge